UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD MYERS JR. | CIVIL ACTION |
| VERSUS | NO. 22-00359-JWD-SDJ |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY | |

## REMAND ORDER AND JUDGMENT

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 3, 2024 (Doc. 33), to which no objection was filed;

**IT IS ORDERED** that this action is **REMANDED** to the 21st Judicial District Court, Livingston Parish, Louisiana, for lack of subject matter jurisdiction in light of the addition of the non-diverse Defendant LIGA.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on October 18, 2024.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA